```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA


IRVING J. HENRY and                              CIVIL ACTION
JENNIFER HENRY, III

v.                                               NO. 07-1738


ALLSTATE INSURANCE COMPANY                       SECTION "F"
```

ORDER AND REASONS

Before the Court is Allstate's request for oral argument on its motion to dismiss, strike class allegations, and for costs and a stay.  The request is DENIED for the following reasons.

It is the Court's policy to grant oral argument on motions if one of the following factors is present:

1. There is a need for an evidentiary hearing.

2. The motion or opposition papers involve a novel or complex issue of law that is unsettled.

3. The motion or opposition papers argue for a change in existing law.

4. The motion or opposition papers implicate a constitutional issue.

5. The case itself is of widespread community interest.

Because the motion does not involve any of the above factors, IT IS ORDERED:   that the request for oral argument on the

1

defendant's motion to dismiss, strike class allegations, and for costs and a stay is DENIED.

New Orleans, Louisiana, July 6, 2007.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE